# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-225-189**

**Effective Date of Registration:**
October 09, 2015

## Title

**Title of Work:** BPSK1200-BPSK1254

**Content Title:** BPSK1200 Watercolor Flower Stream
BPSK1201 Diagonal Brushstrokes
BPSK1202 Color Blocked Flowers
BPSK1203 Abstract Lacy V
BPSK1204 Watercolor Fantasy
BPSK1205 Dotted Floral Center
BPSK1206 Blocked Brushed Skin
BPSK1207 Animal GeoMix
BPSK1208 Allover Geo Skin
BPSK1209 Blocked Geo Animal
BPSK1210 Sandstone Border
BPSK1211 Mandala Tile
BPSK1212 Geo Animal Blend
BPSK1213 Diagonal Mandala
BPSK1214 Brushed Tribal Border
BPSK1215 Engineered Flowers
BPSK1216 Engineered Paisleys
BPSK1217 Engineered Watercolor
BPSK1218 Eclectic Splice
BPSK1219 Brushed Canvas
BPSK1220 Blocked Flower Garden
BPSK1221 Flowers & Dots

BPSK1252 Ikat Geo Mix

BPSK1253 Stripe Palette

BPSK1254 Silhouette Texture Twin

**Completion/Publication**

Year of Completion: 2015

**Author**

- Author: BLUPRINT CLOTHING CORP
- Author Created: 2-D artwork
- Work made for hire: Yes
- Citizen of: United States
- Domiciled in: United States

**Copyright Claimant**

Copyright Claimant: BLUPRINT CLOTHING CORP
5500 BANDINI BLVD, BELL, CA, 90201, United States

**Rights and Permissions**

Organization Name: BLUPRINT CLOTHING CORP
Email: copyright@bluprintcorp.com
Telephone: (323)780-4347
Address: 5500 BANDINI BLVD
BELL, CA 90201 United States

**Certification**

Name: PETER KIM
Date: October 09, 2015

Copyright Office notes: Basis for Registration: Unpublished collection

**EXHIBIT "A" (2 OF 3)**



**EXHIBIT "A" (3 OF 3)**



**EXHIBIT "B"**