Alex Cha, Esq. (SBN 208051)
alex@alexchalaw.com
J. Edward Kim, Esq. (SBN 282787)
edward@alexchalaw.com
LAW OFFICES OF ALEX CHA & ASSOCIATES
707 Wilshire Blvd., Floor 46
Los Angeles, CA 90017
Tel: (213) 351-3513
Fax: (213) 351-3514

Attorneys for Plaintiff
BLUPRINT CLOTHING CORP.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOAN VASS, INC., a New York corporation; REPUBLIC CLOTHING GROUP, INC., a New York corporation; MACY'S, INC., a Delaware corporation; STEIN MART, INC., a Florida corporation; BOSCOV'S DEPARTMENT STORE, LLC, a Delaware limited liability company; LORD & TAYLOR, LLC, a Delaware limited liability company; NEIMAN MARCUS GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:17-cv-07350-AB-SK<br><br>*[Assigned to Hon. Terry J. Hatter, Jr.]*<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Bluprint Clothing Corp. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant Joan Vass, Inc.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

> (a) **Voluntary Dismissal**.
>
> > (1) **By the Plaintiff**.
> >
> > > (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> > >
> > > > (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Joan Vass, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

DATED: January 30, 2019  LAW OFFICES OF ALEX CHA & ASSOCIATES

By: /s/ Alex Cha
Alex Cha
J. Edward Kim
Attorneys for Plaintiff
BLUPRINT CLOTHING CORP.

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2019, I filed the foregoing document entitled **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** with the clerk using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

/s/ Alex Cha
Alex Cha