# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOAN VASS, INC., a New York corporation; REPUBLIC CLOTHING GROUP, INC., a New York corporation; MACY'S, INC., a Delaware corporation; STEIN MART, INC., a Florida corporation; BOSCOV'S DEPARTMENT STORE, LLC, a Delaware limited liability company; LORD & TAYLOR, LLC, a Delaware limited liability company; NEIMAN MARCUS GROUP, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-07350-TJH-SK<br><br>*[Assigned to Hon. Terry J. Hatter, Jr.]*<br><br>**ORDER ON JOINT STIPULATION TO DISMISS CERTAIN DEFENDANTS [57]** |

-1-
ORDER ON JOINT STIPULATION TO DISMISS

1  The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice
2  as to Republic Clothing Group, Inc., Macy's Retail Holdings, Inc., s/h/a Macy's, Inc.,
3  Stein Mart, Inc., Boscov's Department Store, LLC, Lord & Taylor, LLC, and The
4  Neman Marcus Group, LLC., s/h/a Neman Marcus Group, Inc., and good cause
5  appearing, orders that this matter be, and is hereby, dismissed with prejudice as to
6  these defendants.

7  **IT IS SO ORDERED**

   Dated: January 29, 2019

   _____
   Hon. Terry J. Hatter, Jr.
   United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28